# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ANDREA M. SLINGSBY,<br><br>　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　Defendant. | Case No. C08-1566-JCC<br><br>ORDER FOR REMAND |

Based on the stipulation of the parties, it is hereby ORDERED that the above captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g), as incorporated through 42 U.S.C. § 1383(c)(3), including further development of the record, a de novo hearing and the following actions.

On remand, the administrative law judge will: (1) update the medical record with existing evidence from the treating sources, to include medical source statements; (2) re-evaluate the

ORDER – Page 1

claimant's credibility; (3) re-evaluate the medical evidence, addressing the opinions of Gail Li, M.D.; (4) re-evaluate the severity of the claimant's physical and mental impairments; (5) continue with Step 3 of the sequential evaluation process; (6) re-evaluate the claimant's residual functional capacity pursuant to 96-8p; (7) re-evaluate whether the claimant had past relevant work, recognizing the fifteen-year guidelines for past relevant work and the need for past relevant work to have been substantial gainful activity; (8) re-evaluate the claimant's ability to perform past relevant work at Step Four pursuant to SSR 82-62 and SSR 82-61; and (9) if necessary, with the assistance of a vocational expert, continue with Step Five of the sequential evaluation process.

No specific aspect of the Commissioner's final decision is affirmed and Plaintiff may submit additional evidence and arguments to the ALJ on remand.

DATED this 9th day of April, 2009.

*(signature)*
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Recommended for entry this
6th day of April, 2009:

s/ JAMES P. DONOHUE
United States Magistrate Judge

ORDER – Page 2